# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-1323
LT Case No.  2022-300191-CFDB

————————————————

TYRELL JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

On Appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Paula C. Coffman and Jeffrey D. Deen, of Office of Criminal
Conflict & Civil Regional Counsel, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.

November 28, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____